IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EL DORADO SCHOOL DISTRICT            PLAINTIFF/
                                                                     COUNTER-DEFENDANT

v.                            Case No. 1:21-cr-1031

K.J.W. and K.J.                             DEFENDANTS/
                                                                  COUNTER-PLAINTIFFS

v.

SHAWN LAMKIN                           THIRD-PARTY DFENDANT

## ORDER

The parties have filed a Joint Motion to Dismiss with Prejudice (ECF No. 60) notifying the Court that they have resolved all issues in this case. Upon consideration, the Court finds that the Joint Motion to Dismiss (ECF No. 60) should be and hereby is **GRANTED**. The above styled cause is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Judgment.

The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 29th day of October, 2024.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      Chief United States District Judge